956

No. 538. UNITED STATES v. HUCK MANUFACTURING Co. ET AL. Appeal from the United States District Court for the Eastern District of Michigan. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel* and *Arthur J. Murphy, Jr.,* for the United States. *John A. Blair* and *Thomas W. Pomeroy, Jr.,* for appellees.

No. 179. CORBETT, GUARDIAN v. STERGIOS, ALIAS STERYIAKIS. Appeal from the Supreme Court of Iowa. Probable jurisdiction noted. *George S. Porikos* for appellant. *Harry H. Smith* for appellee. *Solicitor General Cox* filed a memorandum for the United States.

No. 598. WESTERN PACIFIC RAILROAD Co. ET AL. v. UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of California. Probable jurisdiction noted. *E. L. Van Dellen, Walter G. Treanor* and *E. Barrett Prettyman, Jr.,* for appellants. *Solicitor General Cox* for the United States, *Robert W. Ginnane* and *Robert S. Burk* for the Interstate Commerce Commission, and *William P. Higgins, Charles W. Burkett, Earl F. Requa* and *Frank S. Farrell* for Union Pacific Railroad Co. et al., appellees.

No. 580. GRAHAM ET AL. v. JOHN DEERE Co. OF KANSAS CITY ET AL. C. A. 8th Cir. Certiorari granted. *Claude A. Fishburn* and *Orville O. Gold* for petitioners. *W. W. Gibson* and *Thomas E. Scofield* for respondents.